IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Belcher, Mark A | Case Number: 06 B 02990 |
| | Judge: Wedoff, Eugene R |
| Printed: 3/4/08 | Filed: 3/23/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: February 7, 2008
Confirmed: June 29, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 14,547.75 | |
| Secured: | | 437.17 |
| Unsecured: | | 10,752.53 |
| Priority: | | 0.00 |
| Administrative: | | 2,189.00 |
| Trustee Fee: | | 753.33 |
| Other Funds: | | 415.72 |
| Totals: | 14,547.75 | 14,547.75 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Feld & Korrub LLC | Administrative | 2,189.00 | 2,189.00 |
| 2. | Chase Manhattan | Secured | 0.00 | 0.00 |
| 3. | Aronson Furniture Company | Secured | 437.17 | 437.17 |
| 4. | Chase Manhattan | Secured | 15,793.26 | 0.00 |
| 5. | Internal Revenue Service | Priority | 3,737.19 | 0.00 |
| 6. | Commonwealth Edison | Unsecured | 3,304.42 | 3,304.42 |
| 7. | Capital One | Unsecured | 935.58 | 935.58 |
| 8. | Aronson Furniture Company | Unsecured | 271.91 | 271.91 |
| 9. | Check N Go | Unsecured | 919.00 | 919.00 |
| 10. | Internal Revenue Service | Unsecured | 5,132.62 | 0.00 |
| 11. | Nicor Gas | Unsecured | 2,721.53 | 2,721.53 |
| 12. | B-Line LLC | Unsecured | 863.10 | 863.10 |
| 13. | RoundUp Funding LLC | Unsecured | 1,736.99 | 1,736.99 |
| 14. | Shurgard | Unsecured | | No Claim Filed |
| 15. | SBC | Unsecured | | No Claim Filed |
| 16. | Troy L Hall | Unsecured | | No Claim Filed |
| 17. | AmeriCash Loans, LLC | Unsecured | | No Claim Filed |
| 18. | Loan Machine | Unsecured | | No Claim Filed |
| 19. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 20. | St James Hospital | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 38,041.77 | $ 13,378.70 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 117.79 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Belcher, Mark A

Printed: 3/4/08

Case Number: 06 B 02990
Judge: Wedoff, Eugene R
Filed: 3/23/06

```
         4.8%              2.96
         5.4%            632.58
                       _____
                       $ 753.33
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____